UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| Jane Revells         * | |
|     Plaintiff         * | Case No.: <u>1:10-CV-00491-SM</u> |
|              * | |
| v.         * | |
|              * | |
| St. Joseph Hospital of Nashua,         * | |
| Peter L. Row, M.D., and Eric Hoffman, D.O.   * | |
|     Defendants         * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

NOW COME the parties, Jane Revells, by and through her attorneys, Beliveau, Fradette, Doyle & Gallant, PA, and St. Joseph Hospital of Nashua, by and through its attorneys, Wadleigh, Starr & Peters, PLLC, and respectfully move this court to enter the following dismissal stipulation in the above-captioned matter as against St. Joseph Hospital:   "Voluntary non-suit with prejudice, no interest, no costs, no attorney fees to either party.   No further action for the same cause."

Respectfully submitted,

**Jane Revells**
By and through her Attorneys,
Beliveau, Fradette, Doyle & Gallant, PA

Dated:   August 16, 2013          By:__/s/ Richard E. Fradette_____
    Richard E. Fradette, NHBA#
    91 Bay Street, P.O. Box 3150
    Manchester, NH 03105-3150
    (603) 623-1234

**St. Joseph Hospital**
By and through its Attorneys,
Wadleigh, Starr & Peters, PLLC

Dated:   August 16, 2013          By:_/s/ Ronald J. Lajoie_____
    Ronald J. Lajoie, NHBA# 1416
    95 Market Street
    Manchester, NH   03101
    (603) 669-4140