UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Jane Revells, * | |
|     Plaintiff * | |
| * | |
| v. * | 1:10-cv-00491-SM |
| * | |
| St. Joseph Hospital of Nashua, * | |
| Peter Row, M.D., Eric Hoffman, D.O., and * | |
| Greater Nashua Emergency Physicians, P.C. * | |
|     Defendants * | |
| * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL

NOW COME the plaintiff, Jane Revells, and the defendants, Peter Row, M.D., Eric Hoffman, D.O., and Greater Nashua Emergency Physicians, P.C., by their attorneys, and respectfully move this Court to enter the following dismissal stipulation in the above-entitled matter:

"Voluntary non-suit with prejudice, no interest, no costs, no attorney fees to either party.  No further action for the same cause."

                                                Respectfully submitted,

                                                Jane Revells
                                                By her attorneys,
                                                Beliveau, Fradette & Gallant, P.A.

Date:   September 16, 2013                  By_____/s/ Richard E. Fradette_____
                                                                   Richard E. Fradette (NHB #844)
                                                                   91 Bay Street
                                                                   P.O. Box 3150
                                                                   Manchester, NH  03105-3150
                                                                   603-623-1234
                                                                   rick@beliveau-fradette.com

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03302

{C1077361.1 }

1

                                          Peter Row, M.D. and Greater Nashua
Emergency Physicians, PC

By their attorneys,
SULLOWAY & HOLLIS, P.L.L.C.

Date: September 16, 2013        By   /s/ Peter A. Meyer
                                          Peter A. Meyer (NHB #1745)
                                          9 Capitol Street
                                          P.O. Box 1256
                                          Concord, NH  03302-1256
                                          603-224-2341
                                          pmeyer@sulloway.com

                                          Eric Hoffman, D.O.

By his attorneys,
NELSON KINDER & MOSSEAU, P.C..

Date: September 16, 2013        By   /s/ Bradley D. Holt
                                          Bradley D. Holt (NHB #11300)
                                          99 Middle Street
                                          Manchester, NH  03101
                                          603-647-1800
                                          bholt@nkmlawyers.com

### CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was served on the following persons on this date and in the manner specified:

      Electronically Served Through ECF:   Ralph F. Holmes, Esq., Richard E. Fradette, Esq., Joseph G. Mattson, Esq., Ronald J. Lajoie, Esq., and Bradley D. Holt, Esq.

Date: September 16, 2013                    /s/ Peter A. Meyer
                                                      Peter A. Meyer (NHB #1745)